IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR144 |
| | ) | |
| CURTIS THOMAS KEARNES, | ) | **SCHEDULING ORDER** |
| ELVIS PATRICK HENRY and | ) | |
| JAMISON NACHEZ ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

  IT IS ORDERED that the following is set for hearing on **May 2, 2005** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  - Initial Appearance/Arraignment on Indictment

  Since this is a criminal case, the defendants **must** be present, unless excused by the Court.

  DATED this 27th day of April, 2005.

            BY THE COURT:

            s/ F.A. Gossett
            United States Magistrate Judge